IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ABNER DEWAYNE COLLINS, Deceased, et al., | |
| Plaintiffs, | Civil No. 02-3054-CO |
| v. | O R D E R |
| JACKSON COUNTY; et al., | |
| Defendants. | |

Magistrate Judge Cooney filed his Findings and Recommendation on February 14, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and Recommendation.

Dated this  8  day of March, 2006.

　　　　　　　　　　　　　　　　　　　／s／ Ann Aiken
　　　　　　　　　　　　　　　　　Ann Aiken, United States District Judge

Order -- Page 1